Dominic LOMBARDI, Appellant, v. UNITED STATES, Appellee.

No. 8295.

Circuit Court of Appeals, Sixth Circuit.

May 5, 1939.

John F. Seidel and Ray E. Hughes, both of Columbus, Ohio, for appellant.

Haveth E. Mau, U. S. Atty., of Cincinnati, Ohio.

Before HICKS, SIMONS, and ALLEN, Circuit Judges.

PER CURIAM.

It appearing to the court that the appeal in this case has been abandoned, it is now ordered that the appeal be and the same is hereby docketed and dismissed, the costs to be charged against the Government as constructive earnings.

Peter LOMBARDI, Appellant, v. UNITED STATES, Appellee.

No. 8294.

Circuit Court of Appeals, Sixth Circuit.

May 5, 1939.

Ray E. Hughes and John F. Seidel, both of Columbus, Ohio, for appellant.

Haveth E. Mau, U. S. Atty., of Cincinnati, Ohio.

Before HICKS, SIMONS, and ALLEN, Circuit Judges.

PER CURIAM.

It appearing to the court that the appeal in this case has been abandoned, it is now ordered that the appeal be and the same is hereby docketed and dismissed, the costs to be charged against the Government as constructive earnings.

Frank McCARTHY v. The UNITED STATES of America.

No. 9179.

Circuit Court of Appeals, Ninth Circuit.

May 8, 1939.

J. Charles Dennis, U. S. Atty., and Gerald Shucklin, Asst. U. S. Atty., both of Seattle, Wash.

Before GARRECHT, HANEY, and STEPHENS, Circuit Judges.

PER CURIAM.

Upon consideration of motion of appellee to dismiss appeal herein for failure of appellant to file record and docket cause, and there being no opposition to said motion by appellant, ordered motion granted, that a judgment of dismissal be filed and entered accordingly, and the mandate of this court in this cause issue forthwith.

The MARSHALL'S U. S. AUTO SUPPLY, Inc., v. George W. CASHMAN.

No. 1885.

Circuit Court of Appeals, Tenth Circuit.

April 18, 1939.

Barton E. Griffith, of Topeka, Kan., for appellant.

Charles Rooney, of Topeka, Kan., for appellee.

Before PHILLIPS and BRATTON, Circuit Judges, and KENNAMER, District Judge.

PER CURIAM.

Appeal dismissed at appellant's costs, on motion of appellee.